IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION NO. 05-0427-BH-C |
| 0.121 Acres of Land Known as Parcel 103, 202 Saint Louis Street, Mobile, Alabama; Heirs at Law of Winthrop M. Hallett, deceased; Mobile County Tax Assessor; City of Mobile Tax Assessor; Central Parking Systems of Alabama; Winthrop M. Hallett, III; William Edward Pritchett; Lynn H. Davis; Sharon P. Romito; Estate of Mr. William King Self; Rosemary Ogburn. | * |
| Defendants. | * |

## ORDER FOR SERVICE BY PUBLICATION

Upon motion of Plaintiff, supported by the affidavit of Assistant United States Attorney Eugene A. Seidel, attorney for the Plaintiff, the Court finds that service by publication by the United States through the United States Marshal is authorized, approved and HEREBY ORDERED as to:

Any and All Parties in Possession whose Identities and Addresses are Unknown; and

Any and All Parties Having or Claiming a Legal or Equitable Title To, Interest In, Or Lien Upon, Said Real Property, Whose Identities and/or Addresses are Unknown, that is, Unknown Owners.

It is therefore further ORDERED, ADJUDGED and DECREED that the United States Attorney's Office, through the United States Marshal, give due notice of its condemnation action by publication in the Mobile Register, a newspaper of general circulation published in the County of

Mobile, State of Alabama, to the above listed individuals, who may have an interest in the real property known as Tract No. 103, 202 Saint Louis Street, Mobile, AL, more particularly described follows:

> Description of Parcel "G"
>
> Begin at the intersection of the north right of way of line of St. Louis Street and the west right of way line of Conception Street, City of Mobile, Mobile County, Alabama; thence along said north right of way line of St. Louis Street, run SOUTH 69 deg. 56' 52" WEST 40.08 feet (12.216 meters) to the POINT OF BEGINNING of the property herein described; thence continuing SOUTH 69 deg. 56' 52" WEST along said north right of way line of St. Louis Street, run a distance of 45.75 feet (13.945 meters) to a point; thence run NORTH 22 deg. 59' 04" WEST 107.11 feet (32.647 meters) to a point; thence run NORTH 69 deg. 14' 47" EAST 26.29 feet (8.013 meters) to a point, thence run NORTH 21 deg. 55' 13" WEST 11.75 feet (3.581 meters) to a point; thence run NORTH 69 deg. 14' 47" EAST 21.5 feet (6.553 meters) to a point; thence run SOUTH 21 deg. 53' 18" EAST 119.36 feet (36.381 meters) to a POINT OF BEGINNING.  CONTAINING 5,270 SQUARE FEET (489.599 SQUARE METERS).

IT IS FURTHER ORDERED that publication run once a week for three successive weeks notifying the above-listed individuals that the United States has filed Declaration of Taking of the above described real property and that any individual desiring further notice of these proceedings must serve a notice of appearance with the United States District Court, Southern District of Alabama, 113 St. Joseph Street, Mobile, Alabama 36602, with a copy to Assistant United States Attorney Eugene A. Seidel, United States Attorney's Office, Southern District of Alabama, 63 South Royal Street, Suite 600, Mobile, Alabama 36602 .

DONE this 26th day of Jan, 2006.

W. Brevard Hand
W. BREVARD HAND
UNITED STATES DISTRICT JUDGE