**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | :     1:05-CV-427 (LS) |
| 0.121 ACRES OF LAND, known as Parcel 103, Saint Louis Street, Mobile AL, et. al., | : |
| Defendants. | : |

**ORDER**

Before the Court is Plaintiff's Motion to Disburse Funds. (Doc. 31). In said motion, Plaintiff requests that the Court disburse funds in the amount of Seventy-four Thousand Dollars ($74,000), which is the appraised value of the property at issue, among the parties listed below according to the following schedule:

1)     A sum in the amount of $323.85 to Marilyn Wood, Revenue Commissioner, c/o Florence A. Kessler, Chief Staff Attorney, 205 Government Street, Mobile, AL 36644-1001

2)     Thereafter the remaining balance of the funds, less any Court expenses should be disbursed in the following percentages:

       A.     A sum which equals twenty percent (20%) of the balance of the funds to Mr. William King Self, Jr. (The Estate of William King Self, Deceased), c/o 1631 Goodbar Avenue, Memphis, TN 38104

       B.     A sum which equals twenty percent (20%) of the balance of the funds to Ms. Sharon Pritchett Romito, 92 Locust Avenue, Staten Island, NY 10306

       C.     A sum which equals twenty percent (20%) of the balance of the funds to

     Ms. Rosemary Ogburn, c/o A.P. Ogburn, Jr., Ogburn Realty, Inc., 3510 Montlimar Plaza Drive, Mobile, AL 36609

D.  A sum which equals ten percent (10%) of the balance of the funds to Ms. Lynn H. Davis, 110 Lanier Avenue, Mobile, AL 36607

E.  A sum which equals twenty percent (20%) of the balance of the funds to Mr. William Edward Pritchett, 26 Woodland Terrace, High Bridge, NJ 08829

F.  A sum which equals ten percent (10%) of the balance of the funds to Mr. Winthrop Hallett, III, c/o A.P. Ogburn, Jr., Ogburn Realty, Inc., 3510 Montlimar Plaza Drive, Mobile, AL 36609.

For good cause shown, Plaintiff's Motion to Disburse Funds (Doc. 31) is **GRANTED**. The above-listed payees shall have twenty (20) days from the date of this Order from which to file an objection to this Order. Otherwise, the Clerk is directed to disburse the subject funds as requested by Plaintiff.

  **SO ORDERED**, this   21st   day of December, 2006.

                /s/W. Louis Sands  
              **THE HONORABLE W. LOUIS SANDS,**  
              **UNITED STATES DISTRICT COURT**