IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| United States of America, | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION NO. 05-0427-LS-C |
| 0.121 Acres of Land Known as Parcel 103, 202 Saint Louis Street, Mobile, Alabama; Heirs at Law of Winthrop M. Hallett, deceased; Mobile County Tax Assessor; City of Mobile Tax Assessor; Central Parking Systems of Alabama; Winthrop M. Hallett, III; William Edward Pritchett; Lynn H. Davis; Sharon P. Romito; Estate of Mr. William King Self; Rosemary Ogburn. | * |
| Defendants. | * |

## **ORDER**

This cause is before the Court on the "Motion for Final Order and Judgment of Condemnation" in which the United States seeks vestment of title in the property which is the subject of this litigation. Based upon the "Motion" and the Court file, it is ORDERED as follows:

1. This Court has subject matter and personal jurisdiction over this case.

2. The legal description of the property at issue is:

    Description of Parcel "G"

    Begin at the intersection of the north right of way of line of St. Louis Street and the west right of way line of Conception Street, City of Mobile, Mobile County, Alabama; thence along said north right of way line of St. Louis Street, run SOUTH 69 deg. 56' 52" WEST 40.08 feet (12.216 meters) to the POINT OF BEGINNING of the property herein described; thence continuing SOUTH 69 deg. 56' 52" WEST

along said north right of way line of St. Louis Street, run a distance of 45.75 feet (13.945 meters) to a point; thence run NORTH 22 deg. 59' 04" WEST 107.11 feet (32.647 meters) to a point; thence run NORTH 69 deg. 14' 47" EAST 26.29 feet (8.013 meters) to a point, thence run NORTH 21 deg. 55' 13" WEST 11.75 feet (3.581 meters) to a point; thence run NORTH 69 deg. 14' 47" EAST 21.5 feet (6.553 meters) to a point; thence run SOUTH 21 deg. 53' 18" EAST 119.36 feet (36.381 meters) to a POINT OF BEGINNING. CONTAINING 5,270 SQUARE FEET (489.599 SQUARE METERS).

3. The land use purpose for the condemnation is to construct a new federal district court house. This is an appropriate governmental use of the real property, and accordingly, the United States had the right to condemn said property.

4. All persons with a possible interest in the property have been properly served. All persons claiming an interest in the property have received just compensation. Indeed, all claimants were notified of the amount of compensation they were to receive, and given adequate time to object to the amount; however, no claimant filed an objection. Moreover, the amount of compensation had been agreed upon through negotiations with the parties.

5. The Court therefore finds that complete title vests in the United States of America, that the United States holds title to said property to the exclusion of any other person and/or entity, and that any and all interests in said real property that were or might have been claimed by any person or entity is extinguished.

WHEREFORE, the "Motion" of the United States of America is GRANTED, with each party to bear its own costs and fees, and judgment is to issue in favor of the United States.

Done this 16th day of October, 2008.

_W. Louis Sands_
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE