```
                                                           FILED
                                                    U.S. DISTRICT COURT
                                                     MIDDLE GEORGIA
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA  2008 OCT 17  PM 12 56
                      SOUTHERN DIVISION
                                                         WKS
                                                     _____
                                                       DEPUTY CLERK
```

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | CIVIL ACTION NO. 05-0427-LS-C |
| | * | |
| 0.121 Acres of Land Known as Parcel 103, | * | |
| 202 Saint Louis Street, Mobile, Alabama; | * | |
| Heirs at Law of Winthrop M. Hallett, | * | |
| deceased; Mobile County Tax Assessor; City | * | |
| of Mobile Tax Assessor; Central Parking | * | |
| Systems of Alabama; Winthrop M. Hallett, III; | * | |
| William Edward Pritchett; Lynn H. Davis; | * | |
| Sharon P. Romito; Estate of Mr. William King | * | |
| Self; Rosemary Ogburn. | * | |
| | * | |
| Defendants. | * | |

## **FINAL JUDGMENT OF CONDEMNATION**

Pursuant to this Court's Order of even date, it is hereby ORDERED, ADJUDGED, and DECREED:

1. That all right, title, and interest in the following described real property vests solely in the United States of America:

> Description of Parcel "G"
>
> Begin at the intersection of the north right of way of line of St. Louis Street and the west right of way line of Conception Street, City of Mobile, Mobile County, Alabama; thence along said north right of way line of St. Louis Street, run SOUTH 69 deg. 56' 52" WEST 40.08 feet (12.216 meters) to the POINT OF BEGINNING of the property herein described; thence continuing SOUTH 69 deg. 56' 52" WEST along said north right of way line of St. Louis Street, run a distance of 45.75 feet (13.945 meters) to a point; thence run NORTH 22 deg.

  59' 04" WEST 107.11 feet (32.647 meters) to a point; thence run NORTH 69 deg. 14' 47" EAST 26.29 feet (8.013 meters) to a point, thence run NORTH 21 deg. 55' 13" WEST 11.75 feet (3.581 meters) to a point; thence run NORTH 69 deg. 14' 47" EAST 21.5 feet (6.553 meters) to a point; thence run SOUTH 21 deg. 53' 18" EAST 119.36 feet (36.381 meters) to a POINT OF BEGINNING. CONTAINING 5,270 SQUARE FEET (489.599 SQUARE METERS).

2. The right, title and interest of any other person or entity of any kind in said property is condemned and extinguished.

3. Each party is to bear its own costs and fees.

Done this _16th_ day of _October_, 2008.

_____
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE

2